**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION**

**BRUMATE, INC.,**

     **Plaintiff,**　　　　　　　　　**CASE NO: 6:25-CV-1661-JSS-NWH**

**v.**

**CORKCICLE CAPITAL GROUP, LLC,
and 1300 BROOKHAVEN, LLC, F/K/A
CORKCICLE, LLC,**

     **Defendant.**

_____/

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT, 1300 BROOKHAVEN, LLC TO
RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, BruMate, Inc., by and through their undersigned counsel and respectfully moves this Court for an extension of thirty (30) days until November 26, 2025 to respond to Plaintiff's Second Amended Complaint (Doc. 20) and in support of this motion, state as follows:

1.　　Plaintiff filed its initial Complaint in this matter (Doc. 1) on August 28, 2025. One day prior to the Summons being issued, Corkcicle, LLC changed its name to 1300 Brookhaven, LLC.

2.　　The Registered Agent for Defendant, 1300 Brookhaven, LLC f/k/a Corkcicle, LLC refused service of process due to the name change of Defendant.

3.    Plaintiff filed an Amended Complaint (Doc. 10) on September 10, 2025 changing the name of the Defendant from Corkcicle, LLC to 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC.  Thereafter, service of process was perfected on Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC on September 16, 2025.

4.    Subsequently, undersigned counsel received email correspondence from ZKS Registered Agent Services, LLC indicating Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC is no longer operating, and its assets had been sold to Corkcicle Capital Group on August 22, 2025.

5.    Plaintiff then moved this Court for leave to file a Second Amended Complaint to add Defendant, Corkcicle Capital Group, LLC, to this matter.  This Court granted Plaintiff's motion and Plaintiff filed its Second Amended Complaint (Doc. 20) on October 2, 2025.

6.    The Registered Agent for Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC agreed to accept service of the Second Amended Complaint and the parties agreed that Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC's response to the Second Amended Complaint would be due on October 27, 2025.

7.    Undersigned counsel has been contacted by General Counsel for Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC requesting a thirty (30) day extension of time to respond to the Second Amended Complaint which will allow Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC to retain counsel and allow

such counsel the time to review the allegations in the Second Amended Complaint, conduct an investigation into the allegations, and prepare an appropriate response.

8.      This is the first request for an extension of time to respond to Plaintiff's Second Amended Complaint (Doc. 20) sought by Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC.

9.      The purpose of this motion is made in good faith and not for the purposes of causing any undue delay.

## MEMORANDUM OF LAW

The Court may, for good cause, extend the time for a party to respond to a deadline pursuant to Fed. R. Civ. P. 6(b)(1)(A).  Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC has provided good cause for seeking an extension of thirty (30) days, until November 26, 2025 to respond to Plaintiff's Second Amended Complaint (Doc. 20).

WHEREFORE Plaintiff, BruMate, Inc. respectfully requests this Court enter an Order granting its Consent Motion for Extension of Time for Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC to Respond to the Second Amended Complaint filed herein until November 26, 2025 and that it provides such other and further relief as it deems just and proper.

DATED this 15th day of October, 2025.

Respectfully Submitted,

WOLTER, VAN DYKE, DAVIS PLLC
1900 Summit Tower Blvd., Suite 140

3

Orlando, FL  32810
Telephone:   (407) 926-7700
Facsimile:    (407) 926-7720
Email: ecipparone@savvyiplaw.com
Email: adavis@savvyiplaw.com
*Attorneys for Plaintiff*

*/s/ Amber N. Davis*
Amber N. Davis
Florida Bar No: 0026628
Erica M. Cipparone
Florida Bar No: 0084720

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been filed

through the Court's CM ECF electronic filing system this 15th day of October, 2025.

*/s/ Amber N. Davis*
Attorney

4