IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA,
ORLANDO DIVISION

**BRUMATE, INC.,**

    Plaintiff,                         CASE NO: 6:25-CV-1661-JSS-NWH

v.

**CORKCICLE CAPITAL GROUP, LLC,
and 1300 BROOKHAVEN, LLC, F/K/A
CORKCICLE, LLC,**

    Defendant.

_____/

## MOTION FOR CLERK'S DEFAULT AS TO
## DEFENDANT, 1300 BROOKHAVEN, LLC F/K/A CORKCICLE, LLC

Plaintiff, BruMate, Inc., by and through their undersigned counsel and in accordance with Rule 55(a), Federal Rules of Civil Procedure and Local Rule 1.10, hereby moves for entry of a Clerk's Default against Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC, (hereinafter referred to as "1300 Brookhaven"), for failure to serve a responsive pleading or file any paper as required by law in response to Plaintiff's Second Amended Complaint (Doc. 20) filed on October 2, 2025. In support of this motion, Plaintiff states as follows:

    1.     Plaintiff filed its initial Complaint in this matter (Doc. 1) on August 28, 2025. One day prior to the Summons being issued, Corkcicle, LLC changed its name to 1300 Brookhaven, LLC.

2. The Registered Agent for Defendant, 1300 Brookhaven, LLC f/k/a Corkcicle, LLC refused service of process due to the name change of Defendant.

3. Plaintiff filed an Amended Complaint (Doc. 10) on September 10, 2025 changing the name of the Defendant from Corkcicle, LLC to 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC. Thereafter, service of process was perfected on Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC on September 16, 2025, see Doc. 17.

4. Subsequently, undersigned counsel received email correspondence from ZKS Registered Agent Services, LLC indicating Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC is no longer operating, and its assets had been sold to Corkcicle Capital Group on August 22, 2025.

5. Plaintiff then moved this Court for leave to file a Second Amended Complaint to add Defendant, Corkcicle Capital Group, LLC, to this matter. This Court granted Plaintiff's motion and Plaintiff filed its Second Amended Complaint (Doc. 20) on October 2, 2025.

6. The Registered Agent for Defendant, 1300 Brookhaven agreed to accept service of the Second Amended Complaint and the parties agreed that Defendant, 1300 Brookhaven's response to the Second Amended Complaint would be due on October 27, 2025.

7. Undersigned counsel was contacted by General Counsel for Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC requesting a thirty (30) day extension of time to respond to the Second Amended Complaint to allow Defendant, 1300

Brookhaven to retain counsel and allow such counsel the time to review the allegations in the Second Amended Complaint, conduct an investigation into the allegations, and prepare an appropriate response. See, Exhibit A, attached hereto.

8. At the request of Defendant, Plaintiff filed a Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Doc. 24) on behalf of Defendant, 1300 Brookhaven and this Court granted that motion (Doc. 25).

9. Defendant, 1300 Brookhaven's response to Plaintiff's Second Amended Complaint was due on November 26, 2025.

WHEREFORE Plaintiff, BruMate, Inc. respectfully moves for entry of a Default by the Clerk against Defendant, 1300 Brookhaven, LLC, f/k/a Corkcicle, LLC for failure to serve any paper on the undersigned or file any paper as required by law.

DATED this 2nd day of December, 2025.

>Respectfully Submitted,
>
>WOLTER, VAN DYKE, DAVIS PLLC
>1900 Summit Tower Blvd., Suite 140
>Orlando, FL  32810
>Telephone:  (407) 926-7700
>Facsimile:   (407) 926-7720
>Email: ecipparone@savvyiplaw.com
>Email: adavis@savvyiplaw.com
>***Attorneys for Plaintiff***
>
>*/s/Amber N. Davis*
>Amber N. Davis
>Florida Bar No: 0026628
>Erica M. Cipparone
>Florida Bar No: 0084720

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been filed through the Court's CM ECF electronic filing system this 2nd day of December, 2025 which will send notice by electronical mail to: Alan J. Perlman, Esquire, (aperlman@dickinsonwright.com), Dickinson Wright PLLC, 350 Las Olas Blvd., Suite 1750, Fort Lauderdale, FL 33301; Jennifer Towle, Esquire, (jtowle@dickinsonwright.com), Dickinson Wright PLLC, 607 W. 3rd Street, Suite 2500, Austin, TX 78701; and J. Morgan Dixon, Esquire (jdixon@dickinsonwright.com), Dickinson Wright PLLC, 55 West Monroe Street, Suite 1200, Chicago, FL 60603.

                                                  */s/ Amber N. Davis*
                                                  Attorney